UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **Sharon Brill**                :    **Chapter 13**
                                          :    **Bankruptcy No.**
                                          :    **18-13106-jkf**

## ORDER

AND NOW, to wit, this 7th day of December, 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $5,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,360.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge