United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon Brill  
    Debtor

Case No. 18-13106-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 07, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db          +Sharon Brill,    426 Arbor Road,    Perkasie, PA 18944-1251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:  
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
          MARIO J. HANYON    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Sharon  Brill msbankruptcy@verizon.net  
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                          TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **Sharon Brill**                    :    Chapter 13
                                            :    Bankruptcy No.
                                            :    18-13106-jkf

## ORDER

AND NOW, to wit, this 7th day of December, 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $5,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,360.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge