## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Sharon Brill | : | Chapter 13 |
| | : | |
| Debtor | : | |
| **Pennymac Loan Services, LLC** | : | |
| Movant | : | Bankruptcy Case Number |
| | : | 18-13106 JKF |

### Debtor's Response to the Motion for
### Relief from the Automatic Stay

Debtor, **Sharon Brill**, by and through her counsel, **MICHAEL SCHWARTZ, ESQUIRE**, hereby files this response to Movant's Motion and in support thereof avers as follows:

1. ADMITTED.

2. ADMITTED.

3. ADMITTED.

4. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

5. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

6. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

7. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

8. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

9. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

10. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

11. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

**WHEREFORE**, Debtor, **Sharon Brill**, requests that this Honorable Court deny the motion of Movant for relief from automatic stay and to declare the automatic stay is still in effect.

Respectfully Submitted,

_____/s/ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor