## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
|    Sharon Brill | : | |
|         **Debtor** | : | |
| **Pennymac Loan Services, LLC** | : | |
|    Movant | : | Bankruptcy Case Number |
| | : | 18-13106 JKF |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of Pennymac Loan Services, LLC was sent this 15th day of March, 2019 via electronic notification and/or United States, First Class Mail, postage prepaid to all Parties in Interest in the above captioned matter including:

**Movant's Counsel**
Robert Davidow, Esquire

**Trustee:**
Scott Waterman, Esquire

    \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor