IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHARON BRILL
          Debtor

: CHAPTER 13
:
: BK. No. 18-13106 JKF

## ORDER

AND NOW, this 8th day of April, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, ~~shall be and is hereby made an Order of this Court and it is further~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON,
Bankruptcy Judge

SCOTT WATERMAN, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

SHARON BRILL
426 ARBOR BOULEVARD
PERKASIE, PA 18944

MICHAEL SETH SCHWARTZ, ESQUIRE
LAW OFFICE OF MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107