United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon Brill  
       Debtor

Case No. 18-13106-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett     Page 1 of 1     Date Rcvd: Apr 08, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db          +Sharon Brill,    426 Arbor Road,    Perkasie, PA 18944-1251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
       FREDERICK L. REIGLE    on behalf of Trustee    FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
       KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
       MICHAEL SETH SCHWARTZ    on behalf of Debtor Sharon Brill msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       ROBERT J. DAVIDOW    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC robert.davidow@phelanhallinan.com  
       SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                      TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHARON BRILL                                : CHAPTER 13
                Debtor                      :
                                            : BK. No. 18-13106 JKF

## ORDER

AND NOW, this 8th day of April, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, ~~shall be and is hereby made an Order of this Court and it is further~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

SCOTT WATERMAN, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

SHARON BRILL
426 ARBOR BOULEVARD
PERKASIE, PA 18944

MICHAEL SETH SCHWARTZ, ESQUIRE
LAW OFFICE OF MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107