**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **SHARON BRILL** | | **BK. No. 18-13106 JKF** |
| Debtor | | |
| | : | Chapter No. 13 |
| **PENNYMAC LOAN SERVICES, LLC** | : | |
| Movant | : | |
| v. | | |
| **SHARON BRILL** | | |
| Respondent | | 11 U.S.C. §362 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 28th day of September, 2019, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 426 ARBOR BOULEVARD, PERKASIE, PA 18944-1251(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **PENNYMAC LOAN SERVICES, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

SCOTT F. WATERMAN, ESQUIRE
(TRUSTEE)
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

SHARON BRILL
426 ARBOR ROAD
PERKASIE, PA 18944

MICHAEL SETH SCHWARTZ, ESQUIRE
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106