United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon Brill  
    Debtor

Case No. 18-13106-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Jan 15, 2020  
                      Form ID: pdf900     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.

```
db              #+Sharon Brill,    426 Arbor Road,    Perkasie, PA 18944-1251
14242396        +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,    Philadelphia, PA 19106-1541
14161319         Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14163491         PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 2010,    MOORPARK CA 93020
14104232        +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
14165785        +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14104231         Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
14104233        +Rent Recover,    729 N Rt 83 Ste 320,    Bensenville, IL 60106-1256
14121404         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
14104235         Wffnatbank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:15     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:40
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:09     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:32     LVNV Funding LLC,
                  c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
14114111        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 16 2020 03:14:02     Acura Financial Services,
                  National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
14164253        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:54
                  LVNV Funding, LLC its successors and assigns as,    assignee of Sears National Bank,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14163956        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:31
                  LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14165136        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:55
                  LVNV Funding, LLC its successors and assigns as,    assignee of Household Bank (SB), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14126654       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 16 2020 03:13:56     MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14167005        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 03:20:30
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14105170       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 03:20:28     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14104234       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 16 2020 03:12:57
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14104230       ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jan 15, 2020
                              Form ID: pdf900              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Sharon  Brill msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　SHARON BRILL<br><br>　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 18-13106-JKF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE